# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 09/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | ▓▓▓ Family Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Michigan Judges Retirement Services | $38,807.00 |
| 2. 2015 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | M | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | L | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | K | T | | | | | |
| 5. Amgen Stock | A | Dividend | K | T | | | | | |
| 6. Covance Stock | | None | | | Sold | 02/23/15 | J | | |
| 7. Laboratory CP American Hldg | | None | J | T | Buy | 02/23/15 | J | | |
| 8. Blackrock Global Stock Fund | B | Dividend | M | T | | | | | |
| 9. IBM Stock | B | Dividend | K | T | | | | | |
| 10. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 11. Harbor Springs, MI property(X) | | None | O | R | | | | | |
| 12. Fidelity Contrafund Pool | | None | L | T | | | | | |
| 13. ACWI Ex US IMI NL KKL 401K | | None | | | Sold | 04/17/15 | K | | |
| 14. Interest Income Fund KKL 401K | D | Int./Div. | N | T | Buy (add'l) | 07/17/15 | K | | |
| 15. | | None | N | T | Buy (add'l) | 11/06/15 | K | | |
| 16. Vanguard Convertible See KKL 401K | B | Int./Div. | K | T | Sold (part) | 04/17/15 | J | | |
| 17. | | None | K | T | Sold (part) | 11/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Global Equity KKL 401K | | None | | | Sold | 04/17/15 | L | | |
| 19. Am Cent US Real Estate KKL 401K | | None | K | T | Buy (add'l) | 04/17/15 | J | | |
| 20. | | None | K | T | Sold (part) | 11/06/15 | J | | |
| 21. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 22. PIMCO Total Return-State of Michigan 457 (TLL) | | None | J | T | | | | | |
| 23. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 24. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | L | T | Buy (add'l) | 04/21/15 | J | | |
| 25. SSgaCash Series Treasury State of MI 401K (TLL) | | None | J | T | Buy | 07/17/15 | J | | |
| 26. PIMCO Total Return State of MI 401K plan (TLL) | | None | L | T | | | | | |
| 27. Dodge & Cox Stock-St of MI 401K (TLL) | | None | K | T | | | | | |
| 28. Ridge Worth Funds-St of MI 401K (TLL) | | None | K | T | Sold (part) | 04/21/15 | J | | |
| 29. American Funds Europacific Gr-St of MI 401K (TLL) | | None | K | T | | | | | |
| 30. Artisan Mid Cap-St of MI 401K (TLL) | | None | K | T | Sold (part) | 04/21/15 | J | | |
| 31. | | None | K | T | Sold (part) | 07/17/15 | J | | |
| 32. NB Genesis-Inst KKL 401K | | None | | | Sold | 4/17/15 | L | | |
| 33. TRP Is Mid Cap KKL 401K | D | Int./Div. | M | T | Buy (add'l) | 04/17/15 | L | | |
| 34. | | None | M | T | Sold (part) | 07/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Small Cap Index Fund KKL 401K | | None | | | Sold | 04/17/15 | J | | |
| 36. Vanguard Dev Mkt IndexIP KKL 401K | B | Int./Div. | L | T | Buy | 04/17/15 | L | | |
| 37. | | None | L | T | Sold (part) | 07/17/15 | K | | |
| 38. Anchor(ordinary) Life Policy | | None | | | Merged (with line 39) | 06/28/15 | K | | |
| 39. MTL Insurance Co (ordinary) Life Policy (TLL) | | None | K | T | Buy | 06/28/15 | | | |
| 40. Trust Mark (ordinary) Life Policy (TLL) | | None | L | T | | | | | |
| 41. Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 42. Apple Inc | A | Dividend | J | T | Sold (part) | 12/11/15 | J | | |
| 43. Hennessy Gas Utilities Index Fund | A | Dividend | J | T | | | | | |
| 44. Fidelity Select Portfolio Fund | B | Dividend | J | T | | | | | |
| 45. Helmerich & Payne | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 46. Church & Dwight | A | Dividend | J | T | | | | | |
| 47. Dollar Tree Stores Inc | | None | J | T | Sold (part) | 04/01/15 | J | C | |
| 48. Buffalo Wild Wings | | None | J | T | Sold (part) | 12/11/15 | J | A | |
| 49. MFS Utilities Fund | A | Dividend | | | Sold | 12/11/15 | J | | |
| 50. Bank of Nova Scotia | A | Dividend | | | Buy (add'l) | 04/01/15 | J | | |
| 51. | | None | | | Sold (part) | 08/05/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | None | | | Sold | 12/11/15 | J | B | |
| 53. Valero Energy | A | Dividend | J | T | Buy | 4/1/15 | J | | |
| 54. Western Refining | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 55. Gilead Science | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 56. Ross Stores, Inc | A | Dividend | K | T | Sold (part) | 04/01/15 | J | B | |
| 57. | | None | K | T | Buy (add'l) | 12/11/15 | J | | |
| 58. Shire PLC | A | Dividend | K | T | Buy | 08/05/15 | J | | |
| 59. | | None | K | T | Buy (add'l) | 12/11/15 | J | | |
| 60. Johnson & Johnson | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 61. Taiwan Semiconductor | | None | K | T | Buy | 08/05/15 | J | | |
| 62. | | None | K | T | Buy (add'l) | 12/11/15 | J | | |
| 63. SPDR DJ Intl Real Estate ETF | A | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 64. MFS Intl New Discovery A Fund | A | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 65. | | None | K | T | Sold (part) | 08/05/15 | J | A | |
| 66. T Price Media & Tele Fund | A | Dividend | J | T | Buy (add'l) | 04/01/15 | J | | |
| 67. | | None | J | T | Sold (part) | 08/05/15 | J | D | |
| 68. | | None | J | T | Sold (part) | 12/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Restaurant Brands Intl | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 70. | | None | | | Sold (part) | 08/05/15 | J | B | |
| 71. | | None | | | Sold | 12/11/15 | J | | |
| 72. ATCO Ltd Class I | A | Dividend | | | Sold | 08/05/15 | J | D | |
| 73. National Health Investors | A | Dividend | | | Sold | 04/01/15 | K | D | |
| 74. | | None | J | T | Buy | 12/11/15 | J | | |
| 75. Sunoco Logistics Partners | A | Dividend | | | Sold | 12/11/15 | J | | |
| 76. EQT Midstream Partners | | None | K | T | Buy | 04/01/15 | J | | |
| 77. C & S Realty Fund | B | Dividend | J | T | | | | | |
| 78. Alerian Infrastructure | B | Dividend | | | Sold | 04/01/15 | K | | |
| 79. | | None | | | Buy | 08/05/15 | K | | |
| 80. | | None | | | Sold | 12/11/15 | K | | |
| 81. Magellan Midstream Partners | A | Dividend | K | T | Sold (part) | 12/11/15 | J | | |
| 82. Kinder Morgan | A | Dividend | | | Sold | 08/05/15 | K | | |
| 83. Spectra Energy Partners | | None | K | T | Buy | 12/11/15 | K | | |
| 84. Targa Natural Resources | B | Dividend | J | T | Buy | 04/01/15 | K | | |
| 85. | | None | J | T | Buy (add'l) | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Sovran Self Storage | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 87. | Auto Zone | | None | J | T | Buy | 04/01/15 | J | | |
| 88. | PowerShares Pharma ETF | A | Dividend | J | T | Sold (part) | 04/01/15 | J | D | |
| 89. | SPDR Utilities ETF | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 90. | PowerShares QQQ ETF | A | Dividend | J | T | Sold (part) | 08/05/15 | J | B | |
| 91. | | | None | J | T | Sold (part) | 12/11/15 | J | A | |
| 92. | TAL International | B | Dividend | J | T | | | | | |
| 93. | Westcore Intl Sm Cap Fund | | None | | | Sold (part) | 04/01/15 | J | A | |
| 94. | | | None | | | Sold | 08/05/15 | J | A | |
| 95. | Continental Resources | | None | J | T | Buy (add'l) | 04/01/15 | J | | |
| 96. | Pioneer Natural Resources Co | A | Dividend | | | Sold | 04/01/15 | J | C | |
| 97. | Home Depot | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 98. | Enterprise Products Partners | B | Dividend | K | T | Sold (part) | 12/11/15 | J | | |
| 99. | Plains All American Pipeline(X) Inherited (JM) | A | Dividend | J | T | Buy (add'l) | 12/11/15 | J | | |
| 100. | Plains All American Pipeline | B | Dividend | J | T | Buy (add'l) | 12/11/15 | J | | |
| 101. | Simon Property Group | A | Dividend | J | T | Sold (part) | 04/01/15 | J | A | |
| 102. | Old Dominion Freight Line | | None | J | T | Buy | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PowerShares S&P Small Cap Portfolio | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 104. American Tower Corp | A | Dividend | J | T | | | | | |
| 105. EOG Resources Inc. | A | Dividend | | | Buy | 4/1/15 | J | | |
| 106. | | None | | | Sold | 08/05/15 | J | | |
| 107. Oakmark Intl I Fund | B | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 108. PowerShares Dyn Energy ETF (X) Inherited (JM) | A | Dividend | K | T | | | | | |
| 109. American Century Intl Opportunity Fund | A | Dividend | K | T | Buy | 04/01/15 | J | | |
| 110. | | None | K | T | Buy (add'l) | 08/05/15 | J | | |
| 111. Extra Space Storage | A | Dividend | J | T | Sold (part) | 08/05/15 | J | B | |
| 112. | | None | J | T | Sold (part) | 12/11/15 | J | B | |
| 113. HCP Inc | A | Dividend | | | Sold | 12/11/15 | J | | |
| 114. Holly Frontier Corp | A | Dividend | | | Sold | 04/01/15 | J | | |
| 115. Home Properties | A | Dividend | | | Sold (part) | 08/05/15 | J | A | |
| 116. | | None | | | Sold | 10/08/15 | J | C | |
| 117. PowerShares Leis&Ent ETF | A | Dividend | J | T | Sold (part) | 04/01/15 | J | A | |
| 118. | | None | J | T | Sold (part) | 12/11/15 | J | A | |
| 119. T Rowe Price New Horizons Fund | B | Dividend | J | T | Sold (part) | 12/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Wasatch Int Growth Fund | | None | K | T | Buy (add'l) | 04/08/15 | J | | |
| 121. | | None | K | T | Sold (part) | 08/05/15 | J | A | |
| 122. Wasatch Intl Growth Fund (X) Inherited (JM) | | None | J | T | | | | | |
| 123. Alaska Air Group | A | Dividend | J | T | Sold (part) | 04/01/15 | J | A | |
| 124. | | None | J | T | Sold (part) | 08/12/15 | J | B | |
| 125. | | None | J | T | Sold (part) | 12/11/15 | J | B | |
| 126. Fidelity Cycl Indust Fund | B | Dividend | K | T | Buy (add'l) | 12/11/15 | J | | |
| 127. Invesco Ltd | A | Dividend | J | T | | | | | |
| 128. PowerShares Buyback Acheivers ETF | A | Dividend | K | T | Sold (part) | 04/01/15 | J | A | |
| 129. PowerShares Industrials ETF | A | Dividend | | | Sold | 12/11/15 | J | | |
| 130. Continental AG | | None | K | T | Buy | 12/11/15 | K | | |
| 131. iShares Intl Select ETF | A | Dividend | | | Sold | 04/01/15 | K | | |
| 132. Stantec Inc | A | Dividend | | | Sold (part) | 08/05/15 | J | | |
| 133. | | None | | | Sold | 12/11/15 | J | | |
| 134. Anheuser Busch | A | Dividend | K | T | Sold (part) | 08/10/15 | J | A | |
| 135. | | None | K | T | Buy (add'l) | 12/11/15 | J | | |
| 136. Vanguard Energy Index ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Matthwes Pacific Tiger Fund | A | Dividend | K | T | Buy | 12/11/15 | K | | |
| 138. CVR Energy | A | Dividend | | | Sold | 04/01/15 | K | A | |
| 139. Camden Property Trust | A | Dividend | J | T | | | | | |
| 140. Digital Realty Trust | A | Dividend | J | T | Sold (part) | 12/11/15 | J | A | |
| 141. AER Cap Holdings | | None | K | T | Buy | 08/05/15 | J | | |
| 142. | | None | K | T | Buy (add'l) | 12/11/15 | J | | |
| 143. EPR Properties | A | Dividend | J | T | Sold (part) | 04/01/15 | J | A | |
| 144. Andrews Co, TX 8/15/15 Bond | A | Interest | | | Matured | 08/15/15 | K | | |
| 145. Camden, NJ Bond 1/15/15 | A | Interest | | | Matured | 01/15/15 | K | | |
| 146. BNP Paribus Bond 2/23/16(X) Inherited (JM) | | None | J | T | | | | | |
| 147. Burien, WA Bond 12/1/2020 | A | Interest | K | T | Buy | 04/02/15 | K | | |
| 148. John Hancock 11/15/15 Bond | A | Interest | | | Matured | 11/15/15 | J | | |
| 149. John Hancock 11/15/15 Bond(X) Inherited (JM) | | None | | | Matured | 11/10/15 | J | | |
| 150. Lehman Bond Escrow 01/18/12 | B | Dividend | K | T | | | | | |
| 151. Connecticut State Bond 12/1/2020 | A | Interest | K | T | Buy | 05/04/15 | K | | |
| 152. Mishawaka, IN 3/1/15 Bond | B | Interest | | | Matured | 03/01/15 | K | | |
| 153. New York St Bond 3/15/15 | A | Interest | | | Matured | 03/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Gastonia, NC Bond 4/1/2020 | A | Interest | J | T | Buy | 08/10/15 | J | | |
| 155. Indiana Bond Bank 7/15/15 | B | Interest | | | Matured | 07/15/15 | K | | |
| 156. Barclay Bank Bond 9/22/16 | B | Interest | K | T | | | | | |
| 157. Griffith, IN Bond 7/5/2020 | | None | J | T | Buy | 08/06/15 | J | | |
| 158. Hempstead, NY Bond 7/15/2020 | | None | K | T | Buy | 08/06/15 | K | | |
| 159. New York, NY Bond 11/1/2020 | A | Interest | K | T | Buy | 10/16/15 | K | | |
| 160. Goldman Sachs Bond 10/1/16 | A | Interest | K | T | | | | | |
| 161. Newark, NJ Bond 4/1/2020 | A | Interest | K | T | Buy | 04/06/15 | L | | |
| 162. John Hancock Bond 9/15/16 | A | Interest | J | T | | | | | |
| 163. JP Morgan Chase 6/27/17 Bond | A | Interest | J | T | | | | | |
| 164. JP Morgan Chase 3/1/16 Bond | B | Interest | K | T | | | | | |
| 165. Metlife Inc Bond 6/1/16 | A | Interest | J | T | | | | | |
| 166. Michigan Financial Authority 11/1/16 Bond | A | Interest | J | T | | | | | |
| 167. Phoenix, AZ 7/1/16 Bond | A | Interest | J | T | | | | | |
| 168. Westpac Banking Co Bond 12/9/15 | A | Interest | | | Matured | 12/09/15 | J | | |
| 169. GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 170. GE Money Bank CD 7/24/17 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Goldman Sachs CD 8/22/17 | A | Interest | K | T | | | | | |
| 172. Deutsche Bank Bond 9/1/17 | A | Interest | J | T | | | | | |
| 173. JP Morgan Chase Bond 7/5/16 | A | Interest | J | T | | | | | |
| 174. Mars, PA Bond 03/01/16 | A | Interest | K | T | | | | | |
| 175. McGraw-Hill Bond 11/15/17 | A | Interest | J | T | | | | | |
| 176. NY Transit Bond 11/15/16 | A | Interest | J | T | | | | | |
| 177. Soc Gen Bond 10/12/17 | A | Interest | J | T | | | | | |
| 178. GE Cap Corp Bond 7/15/17 | B | Interest | K | T | | | | | |
| 179. Goldman Sachs Bond 9/1/17 | A | Interest | J | T | | | | | |
| 180. VF Corp Bond 11/01/17 | A | Interest | K | T | | | | | |
| 181. GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 182. AmMuni Pwr Bond 2/15/18 | A | Interest | K | T | | | | | |
| 183. Abbey Natl Bond 4/27/16 | A | Interest | K | T | | | | | |
| 184. Baidu Inc Bond 11/28/17 | A | Interest | K | T | | | | | |
| 185. Orix Corp Bond 4/27/15 | A | Interest | | | Matured | 04/27/15 | J | | |
| 186. New Rochelle, NY Bond 3/15/18 | A | Interest | J | T | | | | | |
| 187. Baidu Inc Bond 8/6/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Northgate, PA Bond 8/15/18 | | None | J | T | | | | | |
| 189. Randolph Co, NC Bond 6/1/18 | A | Interest | K | T | | | | | |
| 190. Diageo Cap Bond 10/23/17 | A | Interest | J | T | | | | | |
| 191. Oregon State Bond 1/1/19 (X) Inherited (JM) | | None | J | T | | | | | |
| 192. El Paso Co, CO Bond 12/1/18 | C | Interest | L | T | | | | | |
| 193. Maine St Bond 11/15/18 | A | Interest | J | T | | | | | |
| 194. HSBC Fin Corp Bond 10/15/15 | A | Interest | | | Matured | 10/15/15 | K | | |
| 195. Goldman Sachs CD 12/10/19 | A | Interest | K | T | | | | | |
| 196. State Bank of India CD 10/17/19 | A | Interest | K | T | | | | | |
| 197. Decatur, GA Bond 05/01/19 | A | Interest | J | T | | | | | |
| 198. Fayette Co, KY Bond 8/1/19 | B | Interest | | | Sold | 10/05/15 | K | | |
| 199. Ft. Wayne, IN Bond 08/1/2016 | A | Interest | J | T | | | | | |
| 200. Massachusetts St Bond 12/15/18 | A | Interest | J | T | | | | | |
| 201. Orlando, FL Bond 10/1/16 | A | Interest | J | T | | | | | |
| 202. Rochester, NY Bond 2/15/17 | A | Interest | J | T | | | | | |
| 203. State Bank of India CD 12/18/18 (X) Inherited (JM) | A | Interest | J | T | | | | | |
| 204. Univeristy of Houston Bond 2/15/17 (X) Inherited (JM) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Rockdale Co, GA Bond 7/1/19 | A | Interest | K | T | | | | | |
| 206. Salmon River, NY Bond 6/15/20 | A | Interest | K | T | | | | | |
| 207. U of OK Bond 7/1/19 | A | Interest | J | T | | | | | |
| 208. UNC Chapel Hill Bond 8/1/19 | | None | J | T | | | | | |
| 209. Goldman Sachs CD 9/12/17 (X) Inherited (JM) | | None | J | T | | | | | |
| 210. Tucson, AZ Bond 1/1/19 | A | Interest | J | T | Buy | 01/07/15 | J | | |
| 211. Chemcial Bank Savings (FBO#1) | A | Interest | K | T | | | | | |
| 212. Federated Balance (CFC) (FBO#1) | A | Dividend | | | Sold | 12/29/15 | K | | |
| 213. MI Ed Savings Plan Moderate Age-Based Opt18(FBO#1)No Control | | None | | | Distributed | 12/29/15 | K | | |
| 214. MI Ed Savings Plan 100% Equity Opt (FBO#1)No Control | | None | | | Distributed | 12/29/15 | J | | |
| 215. TD Ameritrade Money Market (FBO #1) | A | Interest | K | T | | | | | |
| 216. MFS Utilities Fund (FBO#1) | A | Dividend | | | Sold (part) | 01/01/15 | J | | |
| 217. | | None | | | Buy (add'l) | 08/05/15 | J | | |
| 218. | | None | | | Sold | 12/09/15 | J | A | |
| 219. EOG Resources Inc (FBO#1) | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 220. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 221. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | Buy (add'l) | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Valero Energy Corp (FBO #1) | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 223. | | None | J | T | Sold (part) | 12/09/15 | J | A | |
| 224. ATCO Ltd Class I (FBO#1) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 225. | | None | | | Sold | 08/05/15 | J | B | |
| 226. Alerian Infrastructure Fund (FBO#1) | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 227. | | None | J | T | Buy (add'l) | 12/09/15 | J | | |
| 228. Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | | | | | |
| 229. Sunoco Logistics Partners (FBO#1) | A | Dividend | | | Buy (add'l) | 03/31/15 | J | | |
| 230. | | None | | | Sold | 12/09/15 | J | D | |
| 231. SPDR Utilites ETF (FBO#1) | A | Dividend | J | T | Buy | 12/09/15 | J | | |
| 232. C & S Realty Fund (FBO#1) | B | Dividend | J | T | | | | | |
| 233. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | Sold (part) | 03/31/15 | J | B | |
| 234. GE Cap Corp Bond 8/15/15 (FBO#1) | A | Interest | | | Matured | 08/15/15 | J | | |
| 235. Goldman Sachs Bond 10/15/15 (FBO#1) | A | Interest | | | Matured | 10/15/15 | J | | |
| 236. MI Ed Savgs Plan Moderate Age-Based 17 FBO #2No Control | | None | M | T | | | | | |
| 237. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | K | T | | | | | |
| 238. Georgia State Bond 10/1/2020(FBO#1) | A | Interest | K | T | Buy | 08/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Connecticut State Bond 11/1/2020(FBO#1) | | None | J | T | Buy | 12/08/15 | J | | |
| 240. Westpac Banking Co Bond 12/9/15 (FBO#1) | A | Interest | | | Matured | 12/09/15 | J | A | |
| 241. Goldman Sachs CD 8/22/17 (FBO #1) | A | Interest | K | T | | | | | |
| 242. N Wasco Co, OR Bond 12/1/16 (FBO #1) | A | Interest | K | T | | | | | |
| 243. Orix Corp Bond 3/9/17 (FBO #1) | A | Interest | J | T | | | | | |
| 244. New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | J | T | | | | | |
| 245. Goldman Sachs Bond 10/1/16 (FBO #1) | A | Interest | J | T | | | | | |
| 246. El Paso Co, CO Bond 12/1/18 (FBO #1) | A | Interest | K | T | | | | | |
| 247. Jersey City, NJ Bond 9/1/17 (FBO #1) | A | Interest | J | T | | | | | |
| 248. Kansas St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 249. Missouri St Bond 10/1/16 (FBO #1) | A | Interest | J | T | | | | | |
| 250. Pennsylvania St Bond 06/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 251. UNC Chapel Hill Bond 8/1/19 (FBO #1) | | None | J | T | | | | | |
| 252. Washington St Bond 7/1/19 (FBO #1) | A | Interest | J | T | | | | | |
| 253. American Century Intl Opp Fund (FBO #1) | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 254. Matthews Pacific Tiger Fund (FBO#1) | A | Dividend | J | T | Buy | 12/09/15 | J | | |
| 255. AER Cap Holdings (FBO#1) | | None | J | T | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Continental AG ADR (FBO #1) | | None | J | T | Buy | 12/09/15 | J | | |
| 257. PowerShares Pharma ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 258. Ross Stores Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 259. Shire PLC (FBO#1) | | None | J | T | Buy | 12/09/15 | J | | |
| 260. Taiwan Semiconductor (FBO#1) | | None | J | T | Buy | 12/09/15 | J | | |
| 261. TAL International (FBO #1) | A | Dividend | J | T | | | | | |
| 262. SPDR DJ Intl Real Est ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/09/15 | J | | |
| 263. Westcore Intl Small Cap Fund (FBO #1) | A | Dividend | | | Buy (add'l) | 03/31/15 | J | | |
| 264. | | None | | | Sold | 08/05/15 | J | A | |
| 265. Restaurant Brands (FBO #1) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 266. | | None | | | Sold (part) | 08/05/15 | J | | |
| 267. | | None | | | Sold | 12/09/15 | J | | |
| 268. Continental Resources (FBO #1) | | None | J | T | Sold (part) | 03/31/15 | J | A | |
| 269. Pioneer Natural Resouces (FBO #1) | A | Dividend | | | Sold | 03/31/15 | J | B | |
| 270. PowerShares Dyn Energy ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 271. Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 272. Oakmark Intl I Fund (FBO #1) | A | Dividend | J | T | Buy (add'l) | 03/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Bank of Nova Scotia (FBO #1) | A | Dividend | | | Sold | 12/09/15 | J | | |
| 274. T Rowe Price New Horizons Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 275. Wasatch Intl Growth Fund (FBO #1) | | None | J | T | | | | | |
| 276. Apple Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 277. Buffalo Wild Wings (FBO #1) | | None | J | T | | | | | |
| 278. Fidelity Cycl Indust Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 279. Invesco (FBO #1) | A | Dividend | J | T | | | | | |
| 280. PowerShares QQQ ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 03/31/15 | J | | |
| 281. | | None | J | T | Sold (part) | 04/09/15 | J | A | |
| 282. | | None | J | T | Sold (part) | 08/05/15 | J | A | |
| 283. Stantec (FBO #1) | A | Dividend | | | Sold | 12/09/15 | J | | |
| 284. Anheuser Busch (FBO #1) | A | Dividend | J | T | Sold (part) | 08/12/15 | J | A | |
| 285. Vanguard Energy Index ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/09/15 | J | | |
| 286. CVR Energy (FBO #1) | A | Dividend | | | Sold | 03/31/15 | J | | |
| 287. EPR Properties (FBO #1) | A | Dividend | J | T | Buy (add'l) | 08/05/15 | J | | |
| 288. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 289. Schwab Money Market Fund (FBO#2) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Buffalo Wild Wings Inc (FBO#2) | | None | J | T | | | | | |
| 291. MFS Utilities Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 03/30/15 | J | A | |
| 292. | | None | J | T | Buy (add'l) | 08/05/15 | J | | |
| 293. Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 294. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | Sold | 03/30/15 | J | A | |
| 295. | | None | J | T | Buy | 08/05/15 | J | | |
| 296. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | J | T | | | | | |
| 297. T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 298. ATCO Ltd Class I (FBO#2) | A | Dividend | | | Sold | 08/05/15 | J | A | |
| 299. AER Cap Holdings(FBO#2) | | None | J | T | Buy | 08/05/15 | J | | |
| 300. Alerian Infrastructure Fund (FBO#2) | B | Dividend | K | T | Buy (add'l) | 03/30/15 | J | | |
| 301. | | None | K | T | Buy (add'l) | 08/05/15 | J | | |
| 302. C & S Realty Fund (FBO#2) | B | Dividend | K | T | Buy (add'l) | 08/05/15 | J | | |
| 303. Blount Co, TN Bond 6/1/15 (FBO#2) | A | Interest | | | Matured | 06/01/15 | J | | |
| 304. Dallas, TX Bond 2/15/16 (FBO#2) | A | Interest | J | T | | | | | |
| 305. GE Cap Corp Bond 10/20/16 (FBO#2) | A | Interest | J | T | | | | | |
| 306. Westpac Banking Co Bond 12/9/15 (FBO#2) | A | Interest | | | Matured | 12/09/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. EOG Resources Inc (FBO #2) | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 308. Dollar Tree Stores (FBO #2) | | None | J | T | | | | | |
| 309. PowerShares Pharma ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 310. PowerShares QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 311. TAL International (FBO #2) | A | Dividend | J | T | Sold (part) | 03/30/15 | J | A | |
| 312. Westcore Intl Sm Cap Fund (FBO #2) | | None | | | Sold | 08/05/15 | J | A | |
| 313. Restaurant Brands (FBO #2) | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 314. | | None | J | T | Sold (part) | 08/05/15 | J | A | |
| 315. Continental Resources (FBO #2) | | None | J | T | | | | | |
| 316. Pioneer Natural Resources (FBO #2) | A | Dividend | | | Sold | 03/30/15 | J | A | |
| 317. PowerShares Dyn Energy ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 318. Oakmark Intl I Fund (FBO #2) | A | Dividend | J | T | Buy (add'l) | 08/05/15 | J | | |
| 319. American Tower Corp (FBO #2) | A | Dividend | J | T | | | | | |
| 320. Bank of Nova Scotia (FBO #2) | A | Dividend | J | T | | | | | |
| 321. Valero Energy Corp (FBO #2) | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 322. American Century Intl Opp Fund (FBO #2) | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 323. Wasatch Intl Growth Fund (FBO #2) | | None | J | T | Buy (add'l) | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | None | J | T | Buy (add'l) | 08/05/15 | J | | |
| 325. Alaska Air Group (FBO #2) | A | Dividend | J | T | | | | | |
| 326. Apple Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 327. Invesco (FBO #2) | A | Dividend | J | T | | | | | |
| 328. PowerShares Indus ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 329. Stantec Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 330. Anheuser Busch (FBO #2) | A | Dividend | J | T | Sold (part) | 08/07/15 | J | A | |
| 331. Vanguard Energy Index ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 332. CVR Energy (FBO #2) | A | Dividend | | | Sold | 03/30/15 | J | A | |
| 333. East Whiteland, PA Bond 9/1/17 (FBO #2) | A | Interest | K | T | | | | | |
| 334. Goldman Sachs 9/1/17 (FBO #2) Bond | A | Interest | K | T | | | | | |
| 335. N Wasco Co, OR Bond 12/1/16 (FBO #2) | A | Interest | J | T | | | | | |
| 336. New Jersey Bond 3/1/18 (FBO #2) | A | Interest | J | T | | | | | |
| 337. Kentucky State Bond 1/1/2020 (FBO #2) | A | Interest | J | T | Buy | 04/08/15 | J | | |
| 338. Gooding Co, ID Bond 9/15/19 (FBO #2) | A | Interest | J | T | | | | | |
| 339. Harrisburg, PA Bond 04/1/18 (FBO #2) | | None | J | T | | | | | |
| 340. Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. New York, NY Bond 3/1/19 (FBO #2) | A | Interest | J | T | | | | | |
| 342. Chemical Bank ▮▮▮▮▮ Cust AGY (H) | A | Interest | M | T | | | | | |
| 343. Agilent Tech Inc | A | Dividend | | | Sold | 09/25/15 | J | B | |
| 344. Keysight Tech Inc | | None | | | Sold | 12/22/15 | J | A | |
| 345. Apple Inc | C | Dividend | M | T | Sold (part) | 12/22/15 | J | C | |
| 346. Bristol-Myers Squibb Co | A | Dividend | K | T | | | | | |
| 347. Caterpillar Tractor Co | B | Dividend | | | Sold (part) | 05/07/15 | K | | |
| 348. | | None | | | Sold | 09/25/15 | L | | |
| 349. Celgene Corp Com | | None | K | T | Sold (part) | 05/07/15 | J | D | |
| 350. | | None | K | T | Sold (part) | 12/22/15 | J | D | |
| 351. Conocophillips | A | Dividend | J | T | | | | | |
| 352. DuPont Ei De Nemours Co | A | Dividend | J | T | | | | | |
| 353. Energizer Hldgs Inc | A | Dividend | J | T | Sold (part) | 05/07/15 | J | B | |
| 354. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 355. Ford Motor Co | A | Dividend | J | T | Sold (part) | 09/25/15 | J | B | |
| 356. Intel Corp | A | Dividend | K | T | Sold (part) | 05/07/15 | J | B | |
| 357. Lowes | A | Dividend | J | T | Buy | 09/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. International Business Machs Corp | | None | | | Sold | 01/09/15 | M | D | |
| 359. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 360. Boeing Co | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 361. Walgreens Boots Alliance | A | Dividend | J | T | Sold (part) | 05/07/15 | J | A | |
| 362. Aflac, Inc | A | Dividend | J | T | | | | | |
| 363. Aetna US Healthcare Inc | A | Dividend | K | T | Sold (part) | 05/07/15 | J | C | |
| 364. Boston Properties Inc | A | Dividend | K | T | | | | | |
| 365. Chemical Financial Corp | B | Dividend | L | T | | | | | |
| 366. Clorox Co | A | Dividend | J | T | Sold (part) | 01/09/15 | J | C | |
| 367. PowerShares QQQ Trust | A | Dividend | L | T | Buy | 01/09/15 | L | | |
| 368. Hcp Inc Com | A | Dividend | K | T | | | | | |
| 369. Harbor Intl Fund #11 | C | Dividend | L | T | Sold (part) | 05/07/15 | J | B | |
| 370. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 371. Microsoft Corp | B | Dividend | L | T | Buy | 01/09/15 | L | | |
| 372. Kinder Morgan | A | Dividend | J | T | | | | | |
| 373. National Oilwell Varco | A | Dividend | | | Sold | 05/07/15 | J | | |
| 374. Nextera Energy Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Oppenheimer Intl Growth Fund | B | Dividend | L | T | Sold (part) | 05/07/15 | J | C | |
| 376. PG & E Corp | A | Dividend | J | T | | | | | |
| 377. Pepsi Co | A | Dividend | K | T | | | | | |
| 378. Phillips 66 | A | Dividend | K | T | | | | | |
| 379. Prudential Financial | A | Dividend | K | T | | | | | |
| 380. Qualcomm Incorporated | A | Dividend | | | Sold | 12/22/15 | J | | |
| 381. SPDR Gold Shares ETF | | None | K | T | Sold (part) | 12/22/15 | J | | |
| 382. Suncoke Energy Inc | A | Dividend | | | Sold | 12/22/15 | J | | |
| 383. Bed Bath & Beyond | | None | | | Sold | 12/22/15 | J | | |
| 384. Deere & Co | A | Dividend | K | T | Sold (part) | 12/22/15 | J | | |
| 385. Disney | A | Dividend | K | T | | | | | |
| 386. EMC Corp Mass | A | Dividend | J | T | | | | | |
| 387. Fastenal Co Com | A | Dividend | J | T | | | | | |
| 388. Principal Mid Cap Blend Fund | B | Dividend | K | T | | | | | |
| 389. Union Pac Corp | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 390. Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 391. Amg Southernson Small Cap Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. T Rowe Price New Horizons Fund | A | Dividend | J | T | | | | | |
| 393. Kroger Co | A | Dividend | J | T | | | | | |
| 394. Chemical Bank Katrina Ludington Trust AGY (H) | A | Interest | M | T | | | | | |
| 395. Adrian MI City School Dist Bond 5/1/19 | B | Interest | L | T | | | | | |
| 396. Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 397. Fenton, MI Bond 5/1/2022 | A | Interest | K | T | Buy | 09/15/15 | K | | |
| 398. Fidelity Inter Muni Inc Fund #036 | B | Dividend | K | T | Sold (part) | 09/25/15 | K | B | |
| 399. | | None | K | T | Sold (part) | 12/21/15 | J | A | |
| 400. Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 401. Grosse Ile Twp MI School Bond 5/1/21 | B | Interest | K | T | | | | | |
| 402. Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 403. Kalamazoo MI School Bond 5/1/20 | B | Interest | K | T | | | | | |
| 404. Madison MI School Bond 5/1/17 | A | Interest | | | Redeemed | 05/01/15 | K | | |
| 405. MI ST Hosp Fin Bond 7/15/21 | B | Interest | L | T | | | | | |
| 406. Romulus MI Tax Increment Fin Bond 11/1/18 | B | Interest | L | T | | | | | |
| 407. Saginaw VyST Univ MI Bond 7/1/17 | B | Interest | | | Redeemed | 07/01/15 | L | | |
| 408. Saginaw VyST Univ MI Bond 7/1/18 | B | Interest | | | Redeemed | 07/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Manistique,MI Bond 5/1/2020 | A | Interest | K | T | Buy | 09/15/15 | K | | |
| 410. Waverly Mich Cnty School Bond 5/1/18 | A | Interest | | | Redeemed | 05/01/15 | K | | |
| 411. Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | | | | | |
| 412. Grandville, MI Bond 11/1/17 | | None | K | T | Buy | 09/02/15 | K | | |
| 413. Grand Rapids Mich Bond 12/1/16 | A | Interest | L | T | | | | | |
| 414. Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | | | | | |
| 415. Green Oak Twp Mich Bond 11/1/21 | A | Interest | L | T | | | | | |
| 416. Grosse Pointe Woods Mich Bond11/1/17 | A | Interest | L | T | | | | | |
| 417. Kaleva Norman Mich Bond 5/1/15 | A | Interest | | | Matured | 05/01/15 | L | | |
| 418. Lakeview Mich Cmnty Schools Bond 5/1/15 | A | Interest | | | Matured | 05/01/15 | K | | |
| 419. Midland Cnty Mich Bond 8/1/17 | A | Interest | K | T | | | | | |
| 420. Rapid River Mich Public Schools Bond 5/1/16 | A | Interest | L | T | | | | | |
| 421. Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 422. Van Buren Cnty Mich Bond 6/1/15 | A | Interest | | | Matured | 06/01/15 | K | | |
| 423. Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | | | | | |
| 424. Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 425. White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 427.  Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | L | T | | | | | |
| 428.  Forks Associates Michigan Non-Profit Corp | | None | K | U | | | | | |
| 429.  ▨▨▨▨ Estate Trust (H) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2014 report that had been sold or matured.
2. Lehman Brothers Bond Escrow (Line 154) is still held. Some principle has been returned, with the possibility of future repayment of principle.
3. Lines 40-41-Anchor (ordinary) Life Policy exchanged with MTL Insurance Company (ordianary) Life Policy..
4 . Line 318 from the 2014 Report- Deutsche Small Cap Value Fund was SOLD on 10/3/14 , it was incorrectly coded.
5. Line 358 Energizer Holdings name has changed to Edgewell Personal Care Co. as of 7/7/15. Left name the same on this report as the reports received are still listing them as Energizer Holdings.
6. Part VII, Line 84 - Midstream Magellan Partners was bought in in 2014 but the assets were inadvertantly not listed in that years report (2014).
7. The 2014 inadvertantly misreported that the KKL 401K held Pim Co Real Estate I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544